In re **GROSS COMMON CARRIER, INC., FREIGHT UNDERCHARGE CLAIMS LITIGATION.**

No. 998.

Judicial Panel on Multidistrict Litigation.

Feb. 18, 1994.

Before JOHN F. NANGLE, CHAIRMAN, MILTON POLLACK,* ROBERT R. MERHIGE, Jr., WILLIAM B. ENRIGHT,* CLARENCE A. BRIMMER, JOHN F. GRADY and BAREFOOT SANDERS, Judges of the Panel.

### TRANSFER ORDER

JOHN F. NANGLE, Chairman.

This litigation presently consists of 160 actions pending in five districts and listed on the attached Schedule A as follows:

| | |
|---|---|
| Western District of Wisconsin | 129 actions |
| Eastern District of Wisconsin | 12 actions |
| Northern District of Illinois | 7 actions |
| Western District of Michigan | 8 actions |
| Eastern District of Michigan | 4 actions |

Defendants in 111 of the 160 actions listed on Schedule A move the Panel, pursuant to 28 U.S.C. § 1407, for centralization of all actions [1] in the Western District of Wisconsin for coordinated or consolidated pretrial proceedings before District Judge John C. Shabaz, who is presently assigned to one of the actions pending in that district. Defendants in seven other actions support the motion. The plaintiffs in this litigation, Gross Common Carrier, Inc. (Gross) and its Unsecured Creditors Committee, oppose transfer. If the Panel deems centralization appropriate, plaintiffs would favor centralization in the Western District of Wisconsin before Bankruptcy Judge Thomas S. Utschig, who is presently assigned to the other 128 actions pending in that district and included in the Section 1407 motion.

On the basis of the papers filed and the hearing held, the Panel finds that the actions in this litigation involve common questions of fact and that centralization under Section 1407 in the Western District of Wisconsin before Judge Shabaz will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. The 32 district court actions presently pending in five federal districts and the 128 adversary proceedings presently pending before Bankruptcy Judge Utschig in the Western District of Wisconsin all relate to Gross's interstate trucking business and

---

* Judges Pollack and Enright took no part in the decision of this matter.

1. In addition to the 160 actions now before us, defendants' Section 1407 motion included 1) six actions—*Gross Common Carrier, Inc. v. World's Finest Chocolate, Inc.*, N.D.Illinois, C.A. No. 1:93–5017; *Gross Common Carrier, Inc. v. Lawrence Foods, Inc.*, N.D.Illinois, C.A. No. 1:93–5026; *Gross Common Carrier, Inc. v. Siemens Energy & Automation, Inc.*, N.D.Illinois, C.A. No. 1:93–5031; *Gross Common Carrier, Inc. v. Dena Corp.*, N.D.Illinois, C.A. No. 1:93–5033; *Gross Common Carrier, Inc. v. Gardiner Solder*, N.D.Illinois, C.A. No. 1:93–5009; and *Gross Common Carrier, Inc. v. Curwood, Inc.*, E.D.Wisconsin, C.A. No. 2:93–867—that have been dismissed or closed and for which the question of transfer is therefore now moot; and 2) three other North-

ern District of Illinois actions—*Gross Common Carrier, Inc. v. Baxter Healthcare Corp.*, C.A. No. 1:93–5010; *Gross Common Carrier, Inc. v. A.B. Dick Co.*, C.A. No. 1:93–5012; and *Gross Common Carrier, Inc. v. Polaroid Corp.*, C.A. No. 1:93–5027—that movants have withdrawn from the scope of their motion in light of the oppositions to transfer expressed by defendants in those three actions (*see* footnote 4 of Movants' Reply Brief, Panel Pleading No. 14, filed on November 22, 1993.)

The Panel has also been notified that additional related actions are pending in the Northern District of Illinois. These actions, and any other actions that come to the Panel's attention, will be treated as potential tag-along actions. *See* Rules 12 and 13, R.P.J.P.M.L., 147 F.R.D. 589, 596–97 (1993).

present common questions of fact relating to, *inter alia*, the applicability and reasonableness of Gross's claimed tariff rates. Centralization under Section 1407 is thus necessary in order to eliminate duplicative discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel and the judiciary. Inasmuch as the Panel has determined to centralize this litigation in the district where the adversary proceedings are already pending, the Panel will leave to the discretion of the transferee court the determination of the extent of any coordination between the centralized district court actions and the adversary proceedings.

We are persuaded that the Western District of Wisconsin is the appropriate transferee forum for this docket. We note that i) related bankruptcy proceedings involving Gross are pending in that district, and ii) no party has suggested any other district as a potential transferee forum.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, the actions listed on the attached Schedule A and pending in districts other than the Western District of Wisconsin be, and the same hereby are, transferred to the Western District of Wisconsin and, with the consent of that court, assigned to the Honorable John C. Shabaz for coordinated or consolidated pretrial proceedings with the action entitled *Official Unsecured Creditors' Committee of Gross Common Carrier, Inc. v. Consolidated Papers, Inc.*, C.A. No. 3:93–541, listed on Schedule A and pending in that district before Judge Shabaz.

## SCHEDULE A

*MDL–998—In re Gross Common Carrier, Inc. Freight Undercharge Claims Litigation*

### Northern District of Illinois

*Gross Common Carrier, Inc. v. Chase Products Co.*, C.A. No. 1:93–5008

*Gross Common Carrier, Inc. v. Starkey Chemical Process Co.*, C.A. No. 1:93–5016

*Gross Common Carrier, Inc. v. Kaskor Industries, Inc.*, C.A. No. 1:93–5022

*Gross Common Carrier, Inc. v. Keebler Co.*, C.A. No. 1:93–5024

*Gross Common Carrier, Inc. v. Signode Corp.*, C.A. No. 1:93–5029

*Gross Common Carrier, Inc. v. Cotter Ltd. Inc.*, C.A. No. 1:93–5035

*Gross Common Carrier, Inc. v. General Motor Corp.*, C.A. No. 1:93–5052

### Eastern District of Michigan

*Gross Common Carrier, Inc. v. Fruhauf Trucking*, C.A. No. 2:93–73444

*Gross Common Carrier, Inc. v. K–Mart Corp.*, C.A. No. 2:93–73445

*Gross Common Carrier, Inc. v. Ford Motor Co.*, C.A. No. 2:93–73446

*Gross Common Carrier, Inc. v. General Motors*, C.A. No. 2:93–73447

### Western District of Michigan

*Gross Common Carrier, Inc. v. Herman Miller, Inc.*, C.A. No. 1:93–669

*Gross Common Carrier, Inc. v. Kimberly Clark Corp.*, C.A. No. 1:93–670

*Gross Common Carrier, Inc. v. Khoury, Inc.*, C.A. No. 2:93–171

*Gross Common Carrier, Inc. v. Lakeside Machine, Inc.*, C.A. No. 2:93–172

*Gross Common Carrier, Inc. v. Magiglied, Inc.*, C.A. No. 2:93–173

*Gross Common Carrier, Inc. v. Pardon, Inc.*, C.A. No. 2:93–174

*Gross Common Carrier, Inc. v. Robinson Furniture Manufacturing, Inc.*, C.A. No. 2:93–175

*Gross Common Carrier, Inc. v. United Abrasive, Inc.*, C.A. No. 2:93–176

### Eastern District of Wisconsin

*Gross Common Carrier, Inc. v. Alco Standard Corp.*, C.A. No. 2:93–868

*Gross Common Carrier v. Grede Foundries, Inc.*, C.A. No. 2:93–869

*Gross Common Carrier, Inc. v. Englewood Electric, Inc.*, C.A. No. 2:93–870

*Gross Common Carrier v. Pullman Companies*, C.A. No. 2:93–871

*Gross Common Carrier, Inc. v. Brunswick Corp.*, C.A. No. 2:93–872

Gross Common Carrier, Inc. v. K & L Service, Inc., C.A. No. 2:93–873

Gross Common Carrier, Inc. v. Speed Queen, C.A. No. 2:93–874

Gross Common Carrier, Inc. v. Scott Paper Co., C.A. No. 2:93–875

Gross Common Carrier, Inc. v. Appleton Papers, C.A. No. 2:93–876

Gross Common Carrier, Inc. v. Riverside Paper, C.A. No. 2:93–877

Gross Common Carrier, Inc. v. Ellinger Agatized Wood, C.A. No. 2:93–878

Gross Common Carrier, Inc. v. Randy Rudolph, C.A. No. 2:93–879

### Western District of Wisconsin

Gross Common Carrier, Inc. v. American Packaging Corp., A.P. No. A1:93–5137

Gross Common Carrier, Inc. v. Arrow Cartage & Crating, A.P. No. A1:93–5139

Gross Common Carrier, Inc. v. Beckley–Cardy, Inc., A.P. No. A1:93–5141

Gross Common Carrier, Inc. v. Citifax, A.P. No. A1:93–5143

Gross Common Carrier, Inc. v. E. Gornell & Sons, A.P. No. A1:93–5149

Gross Common Carrier, Inc. v. FMC Corp., A.P. No. A1:93–5150

Gross Common Carrier, Inc. v. Fisher Printing, A.P. No. A1:93–5152

Gross Common Carrier, Inc. v. General Tire, Inc., A.P. No. A1:93–5153

Gross Common Carrier, Inc. v. H.B. Fuller, A.P. No. A1:93–5154

Gross Common Carrier, Inc. v. Hal Leonard Publishing, A.P. No. A1:93–5155

Gross Common Carrier, Inc. v. McGraw Edison Co., A.P. No. A1:93–5159

Gross Common Carrier, Inc. v. Prime Mover, A.P. No. A1:93–5162

Gross Common Carrier, Inc. v. Rockford Products, A.P. No. A1:93–5163

Gross Common Carrier, Inc. v. Schwarz Paper, A.P. No. A1:93–5168

Gross Common Carrier, Inc. v. Seats, Inc., A.P. No. A1:93–5169

Gross Common Carrier, Inc. v. Second City Systems, A.P. No. A1:93–5170

Gross Common Carrier, Inc. v. A. Sturm & Sons, A.P. No. A1:93–5179

Gross Common Carrier, Inc. v. Bowlby Candy, A.P. No. A1:93–5182

Gross Common Carrier, Inc. v. Bro–Tex. Inc., A.P. No. A1:93–5183

Gross Common Carrier, Inc. v. Carter Hoffman, A.P. No. A1:93–5184

Gross Common Carrier, Inc. v. Cleaning Systems, A.P. No. A1:93–5185

Gross Common Carrier, Inc. v. Don Stevens, A.P. No. A1:93–5186

Gross Common Carrier, Inc. v. Erikson Non Woven, A.P. No. A1:93–5187

Gross Common Carrier, Inc. v. Fitchburg Coated Products, Inc., A.P. No. A1:93–5189

Gross Common Carrier, Inc. v. Foldcraft Co., A.P. No. A1:93–5190

Gross Common Carrier, Inc. v. General Power Equipment, A.P. No. A1:93–5192

Gross Common Carrier, Inc. v. Golden Dipit, A.P. No. A1:93–5193

Gross Common Carrier, Inc. v. Allied International, A.P. No. A1:93–5195

Gross Common Carrier, Inc. v. Herbarium, A.P. No. A1:93–5197

Gross Common Carrier, Inc. v. Hi Tech Film, A.P. No. A1:93–5198

Gross Common Carrier, Inc. v. Holland Beauty, A.P. No. A1:93–5199

Gross Common Carrier, Inc. v. Lakeside Plastics, A.P. No. A1:93–5201

Gross Common Carrier, Inc. v. Ling Products, A.P. No. A1:93–5202

Gross Common Carrier, Inc. v. MoFoCo Enterprises, Inc., A.P. No. A1:93–5204

Gross Common Carrier, Inc. v. O.M. Scott & Sons, Inc., A.P. No. A1:93–5205

Gross Common Carrier, Inc. v. Pacon Corp., A.P. No. A1:93–5206

Gross Common Carrier, Inc. v. RTE Corp., A.P. No. A1:93–5207

Gross Common Carrier, Inc. v. Ruud Lighting, A.P. No. A1:93–5208

Gross Common Carrier, Inc. v. School Stationers Corp., A.P. No. A1:93–5209

Gross Common Carrier, Inc. v. United Agri–Services, Inc., A.P. No. A1:93–5211

Gross Common Carrier, Inc. v. Wysocki CTS Veneers, A.P. No. A1:93–5213

Gross Common Carrier, Inc. v. Anchor Paper, A.P. No. A1:93–5214

Gross Common Carrier, Inc. v. Aurora Paperboard, A.P. No. A1:93–5215

Gross Common Carrier, Inc. v. Bagcraft, A.P. No. A1:93–5216

Gross Common Carrier, Inc. v. Banner Packaging, A.P. No. A1:93–5217

Gross Common Carrier, Inc. v. Battery Builders, A.P. No. A1:93–5218

Gross Common Carrier, Inc. v. Builders Square, Inc., A.P. No. A1:93–5219

Gross Common Carrier, Inc. v. Cooper Power Systems, Inc., A.P. No. A1:93–5221

Gross Common Carrier, Inc. v. General Fiberglas Supply, A.P. No. A1:93–5223

Gross Common Carrier, Inc. v. Gillette, A.P. No. A1:93–5225

Gross Common Carrier, Inc. v. Halliburton Co., A.P. No. A1:93–5226

Gross Common Carrier, Inc. v. Heritage Hardwoods, A.P. No. A1:93–5227

Gross Common Carrier, Inc. v. Laminations Corp., A.P. No. A1:93–5230

Gross Common Carrier, Inc. v. Lawn Boy, Inc., A.P. No. A1:93–5231

Gross Common Carrier, Inc. v. North American Spring & Stamping Corp., A.P. No. A1:93–5232

Gross Common Carrier, Inc. v. Office Electronics, Inc., A.P. No. A1:93–5233

Gross Common Carrier, Inc. v. Tape, Inc., A.P. No. A1:93–5240

Gross Common Carrier, Inc. v. Texas Instruments, Inc., A.P. No. A1:93–5241

Gross Common Carrier, Inc. v. Waunakee Alloy Castings, A.P. No. A1:93–5243

Gross Common Carrier, Inc. v. Wyeth Ayerst Laboratories, A.P. No. A1:93–5244

Gross Common Carrier, Inc. v. Amstar Corp., A.P. No. A1:93–5247

Gross Common Carrier, Inc. v. James River Co., A.P. No. A1:93–5249

Gross Common Carrier, Inc. v. Nalco Chemical Co., A.P. No. A1:93–5251

Gross Common Carrier, Inc. v. Reliable Packaging, A.P. No. A1:93–5253

Gross Common Carrier, Inc. v. Rexnord Corp., A.P. No. A1:93–5254

Gross Common Carrier, Inc. v. Weyerhaeuser Co., A.P. No. A1:93–5255

Gross Common Carrier, Inc. v. EMCO Specialties, A.P. No. A1:93–5259

Gross Common Carrier, Inc. v. Fey Publishing, A.P. No. A1:93–5260

Gross Common Carrier, Inc. v. Pet, Inc., A.P. No. A1:93–5263

Gross Common Carrier, Inc. v. Pioneer Industrial Manufacturing Co., Inc., A.P. No. A1:93–5264

Gross Common Carrier, Inc. v. Brown County Publishers, A.P. No. A1:93–5273

Gross Common Carrier, Inc. v. Amerequip Corp., A.P. No. A1:93–5274

Gross Common Carrier, Inc. v. Bar Bel Fabricating, Inc., A.P. No. A1:93–5275

Gross Common Carrier, Inc. v. Bridgewater Corp., A.P. No. A1:93–5277

Gross Common Carrier, Inc. v. Eye Communications Systems, A.P. No. A1:93–5280

Gross Common Carrier, Inc. v. Glamos Wire Products, A.P. No. A1:93–5281

Gross Common Carrier, Inc. v. PACCAR Parts, A.P. No. A1:93–5284

Gross Common Carrier, Inc. v. Pace Industries, A.P. No. A1:93–5285

Gross Common Carrier, Inc. v. Poly Foam Packers, A.P. No. A1:93–5286

Gross Common Carrier, Inc. v. Rhinelander Paper Co., A.P. No. A1:93–5288

Gross Common Carrier, Inc. v. Toro Co., A.P. No. A1:93–5289

Gross Common Carrier, Inc. v. Allen-Bradley Co., Inc., A.P. No. A1:93–5294

Gross Common Carrier, Inc. v. Chaney Instrument, A.P. No. A1:93–5295

Gross Common Carrier, Inc. v. Cooper Industries, Inc., A.P. No. A1:93–5297

Gross Common Carrier, Inc. v. Enco Manufacturing, A.P. No. A1:93–5298

Gross Common Carrier, Inc. v. Kenro, A.P. No. A1:93–5299

Gross Common Carrier, Inc. v. Kraft General Foods, A.P. No. A1:93–5300

Gross Common Carrier, Inc. v. Peterson Seed Co., Inc., A.P. No. A1:93–5303

Gross Common Carrier, Inc. v. Precision Pulley, A.P. No. A1:93–5304

Gross Common Carrier, Inc. v. Superior Graphite, A.P. No. A1:93–5308

Gross Common Carrier, Inc. v. W.R. Grace & Co., A.P. No. A1:93–5310

Gross Common Carrier, Inc. v. Baraga Products, Inc., A.P. No. A1:93–5323

Gross Common Carrier, Inc. v. Georgia Pacific Corp., A.P. No. A1:93–5324

Gross Common Carrier, Inc. v. Green Bay Packaging Co., Inc., A.P. No. A1:93–5325

Gross Common Carrier, Inc. v. Kohler Co., A.P. No. A1:93–5326

Gross Common Carrier, Inc. v. Manistique Papers, Inc., A.P. No. A1:93–5328

Gross Common Carrier, Inc. v. Menasha Corp., A.P. No. A1:93–5329

Gross Common Carrier, Inc. v. Nelson Industries, Inc., A.P. No. A1:93–5330

Gross Common Carrier, Inc. v. Luke Corp., A.P. No. A1:93–5331

Gross Common Carrier, Inc. v. Trane Co., A.P. No. A1:93–5332

Gross Common Carrier, Inc. v. 3M Co., A.P. No. A1:93–5333

Gross Common Carrier, Inc. v. Apothecary Products, Inc., A.P. No. A1:93–5334

Gross Common Carrier, Inc. v. Central Products Co., A.P. No. A1:93–5335

Gross Common Carrier, Inc. v. ChemRep, Inc., A.P. No. A1:93–5336

Gross Common Carrier, Inc. v. Fall River Foundation, Inc., A.P. No. A1:93–5339

Gross Common Carrier, Inc. v. ITT Corp., A.P. No. A1:93–5342

Gross Common Carrier, Inc. v. Lubrication Engineers, Inc., A.P. No. A1:93–5345

Gross Common Carrier, Inc. v. Newco, Inc., A.P. No. A1:93–5346

Gross Common Carrier, Inc. v. P.M.S. Consolidated, A.P. No. A1:93–5349

Gross Common Carrier, Inc. v. Riverwood International USA, Inc., A.P. No. A1:93–5350

Gross Common Carrier, Inc. v. Shima American Corp., A.P. No. A1:93–5351

Gross Common Carrier, Inc. v. Trans International, Inc., et al., A.P. No. A1:93–5354

Gross Common Carrier, Inc. v. Union Camp Corp., A.P. No. A1:93–5355

Gross Common Carrier, Inc. v. Westvaco Corp., A.P. No. A1:93–5356

Gross Common Carrier, Inc. v. Wisconsin Film & Bag, Inc., A.P. No. A1:93–5357

Gross Common Carrier, Inc. v. Yamaha Motor Corp., A.P. No. A1:93–5358

Gross Common Carrier, Inc. v. Award Lighting, Inc., A.P. No. A1:93–5360

Gross Common Carrier, Inc. v. American Fiber Envelope, A.P. No. A1:93–5364

Gross Common Carrier, Inc. v. National Strarch & Chemical, A.P. No. A1:93–5365

Gross Common Carrier, Inc. v. Prairie Packaging, Inc., A.P. No. A1:93–5367

Gross Common Carrier, Inc. v. Snyder General Corp., A.P. No. A1:93–5368

Gross Common Carrier, Inc. v. American Tara, Inc., A.P. No. A1:93–5369

Gross Common Carrier, Inc. v. C & S Manufacturing, A.P. No. A1:93–5370

Gross Common Carrier, Inc. v. American Paper Converters, Inc., A.P. No. A1:93–5371

Gross Common Carrier, Inc. v. Superior Paper Products, Ltd., A.P. No. A1:93–5372

Gross Common Carrier, Inc. v. Cross Point Paper Corp., A.P. No. A1:93–5373

Gross Common Carrier, Inc. v. Cenex–Land O'Lakes, A.P. No. A1:93–5383

Gross Common Carrier, Inc. v. Tyco/Grinnell Corp., A.P. No. A1:93–5386

Official Unsecured Creditors' Committee of Gross Common Carrier, Inc. v. Consolidated Papers, Inc., C.A. No. 3:93–541